UNITED STATES DISTRICT COURT
                     MIDDLE DISTRICT OF FLORIDA
                       FORT MYERS DIVISION


UNITED STATES OF AMERICA

vs.                                            2:09-cr-102-FtM-29DNF

KRAIG WILLIAM KNIGHT
_____


                         **OPINION AND ORDER**

     On February 4, 2010, United States Magistrate Judge Douglas N. Frazier submitted a Report and Recommendation (Doc. #24) to the Court recommending that defendant's Motion to Suppress Evidence (Doc. #15) and defendant's Motion to Suppress Results of Interrogation (Doc. #16) be denied.  Defendant filed an Objection (Doc. #28) on February 17, 2010.

                                  **I.**

     After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject or modify the magistrate judge's report and recommendation.  28 U.S.C. § 636(b)(1); Williams v. Wainwright, 681 F.2d 732, 732 (11th Cir. 1982), cert. denied, 459 U.S. 1112 (1983).  A district judge "shall make a *de novo* determination of those portions of the report or specified proposed findings or recommendations to which objection is made."  28 U.S.C. § 636(b)(1)(C).  This requires that the district judge "give fresh consideration to those issues to which specific objection has been made by a party."  Jeffrey S. v. State

Bd. of Educ. of Ga., 896 F.2d 507, 512 (11th Cir. 1990)(quoting H.R. 1609, 94th Cong., § 2 (1976)). The district judge reviews legal conclusions *de novo*, even in the absence of an objection. See Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994).

**II.**

In the Objection, defendant argues that the magistrate judge utilized the results of the traffic stop as part of his consideration of the justification for the same stop. While this would be improper, the Report and Recommendation clearly shows that the magistrate did not consider the results of the traffic stop as part of the justification for the stop. Instead, the Report and Recommendation set forth the facts as testified by the witnesses at the suppression hearing, including the officers testimony as to post-stop events. In the legal analysis of the lawfulness of the stop, the magistrate judge did not rely upon any post-stop conduct to justify the stop. (Doc. #24, pp. 15-17.) Therefore this objection is overruled.

After reviewing the Report and Recommendation and the transcript of the evidentiary hearing, the Court fully agrees with the findings of fact and conclusions of law made by the magistrate judge. Accordingly, the Court will adopt the Report and Recommendation and will deny the motions to suppress.

Accordingly, it is now

**ORDERED:**

1. The Magistrate Judge's Report and Recommendation (Doc. #24) is **accepted and adopted**, and it is specifically incorporated into this Opinion and Order.

2. Defendant's Motion to Suppress Evidence (Doc. #15) is **DENIED**.

3. Defendant's Motion to Suppress Results of Interrogation (Doc. #16) is **DENIED**.

**DONE AND ORDERED** at Fort Myers, Florida, this __19th__ day of February, 2010.

/s/ John E. Steele
JOHN E. STEELE
United States District Judge

Copies:
U.S. Magistrate Judge
Counsel of Record
DCCD